IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 1:05-CR-13 (WLS) |
| SHANKIA JONES, MARVIN KIRK JONES, SYLVIA JONES, | : |
| Defendants. | : |

O R D E R

      Before the Court is Defendants' joint motion for a continuance. (Tab 58). As of this date, the Government has not filed a response, but has consented to the said motion. Defendants Sylvia Jones and Shankia Jones were arraigned on May 4, 2005. Defendant Marvin Kirk Jones was arraigned on May 25, 2005. Defendants have requested additional time to prepare for trial and/or to negotiate a plea agreement. Based on the recent change in the attorneys representing the Government and the request for additional time to prepare, a continuance is appropriate.   In addition, the Court orders that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, shall be excluded from computation pursuant to 18 U.S.C. § 3161(h)(8)(A) and (8)(B)(iv) in that failure to grant a continuance "would deny counsel for the defendant[s] ... the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  Therefore, the Defendants' motion for a continuance (Tab 58) is **GRANTED.**  Said case is continued to the Court's next regularly scheduled trial term after the October 2005 Trial Term, unless earlier, as may be ordered by the Court.

      SO ORDERED, this   29th   day of September, 2005.

                                                  /s/W. Louis Sands
                                          **W. Louis Sands, Chief Judge**
                                          **United States District Court**